# United States District Court
## Northern District of Illinois
### Eastern Division

Mary Ellen Egan                  **JUDGMENT IN A CIVIL CASE**

      v.                             Case Number: 10 C 5518

Nicholas Harris, et al

■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED: Jury verdict in favor of the Plaintiff, Mary Ellen Egan, and against Defendants Harris, Grawal, Vargas and Gaskew,Jr., on the claims of False Arrest and Malicious Prosecution. The jury awards Plaintiff Egan compensatory damages in the amount of $100,000. The jury awards Plaintiff punitive damages against defendant Harris in the amount of $4,000; against defendant Grawal in the amount of $4,000; against defendant Vargas in the amount of $8,000; and against defendant Gaskew,Jr. in the amount of $10,000.

**Judgment entered on the jury verdict in favor of Plaintiff Mary Ellen Egan and against Defendants Harris, Grawal, Vargas and Gaskew, Jr.**

                                  Thomas G. Bruton, Clerk of Court

Date: 10/16/2012                     _____
                                       /s/ Theresa B. Kinney, Deputy Clerk