**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MARY ELLEN EGAN,** ) | |
| ) | |
| **Plaintiff,** ) | No. 10 CV 5518 |
| **v.** ) | |
| ) | Honorable Robert M. Dow, Jr. |
| **THE CITY OF CHICAGO, OFFICER** ) | |
| **NICOLAS HARRIS, OFFICER BILL** ) | |
| **GRAYWAL, OFFICER F. VARGAS,** ) | |
| **OFFICER WALTER GASKEW, JR.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

**STIPULATION AS TO THE JUDGMENT ENTERED IN THIS CAUSE
AND STATUTORY ATTORNEYS' FEES AND COSTS**

The parties, by their respective attorneys stipulate and agree as follows:

1. Plaintiff, Mary Ellen Egan, hereby agrees to an order to vacate the judgment for compensatory and punitive damages entered against Defendants Nicholas Harris, Bill Graywal and Fidel Vargas and to dismiss these defendants with prejudice.

2. Defendant City of Chicago agrees to pay one hundred thousand and 0/100 dollars ($100,000.00) in full satisfaction of the judgment for compensatory damages entered against the remaining Defendants, City of Chicago and Walter Gaskew, as indemnitor pursuant to 745 ILCS 10/9-102.

3. Plaintiff agrees to accept and Defendant City of Chicago agrees to pay one hundred twelve thousand and 0/100 dollars ($112,000.00) in full satisfaction of plaintiff's attorneys' fees pursuant to 42 U.S.C. §1988 and costs as indemnitor pursuant to 745 ILCS 10/9-102.

Respectfully submitted,

/s/ Michael J. Petro

_____
Attorney for Mary Ellen Egan
53 West Jackson Boulevard, Suite 324
Chicago, Illinois  60604
PH:     312-913-1111


/s/ Myron Mackoff

_____
Attorney for Defendants
407 S. Dearborn, Suite 1260
Chicago, IL 60605
(312) 922-5236

## CERTIFICATE OF SERVICE

I, Michael J. Petro, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Northern District of Illinois, the foregoing:

## STIPULATION AS TO THE JUDGMENT ENTERED IN THIS CAUSE AND STATUTORY ATTORNEYS' FEES AND COSTS

The undersigned also certifies, as to the following parties, that in accordance with F.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading, along with a notice of motion if required, were served pursuant to the district court's ECF system on November 19, 2012.


By Her Attorney,

/s Michael J. Petro
Michael J. Petro #6200721
Attorney for Mary Ellen Egan
53 West Jackson Blvd.
Suite 324
Chicago, Illinois 60604
312-913-1111